1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JOHNNY E. JAMES JR. (SCBN 101260)
   Special Assistant United States Attorney
5
       60 South Market Street, Suite 1200
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5081
       johnny.james@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,         )  NOS.  5:08-CR-00787 EXE
                                       )        5:10-CR-00415 EXE
14 |     Plaintiff,                    )
                                       )  NOTICE OF DISMISSAL
15 |    v.                             )
                                       )
16 | ADRIAN BARRERA,                   )
                                       )
17 |     Defendant.                    )
                                       )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the above indictments against ADRIAN

21  BARRERA and moves that the Court quash the arrest warrant issued in connection with the indictment

22  in this case against ADRIAN BARRERA, who is deceased.

23

24  DATED: March 5, 2025                          Respectfully submitted,

25                                                PATRICK D. ROBBINS
                                                  Acting United States Attorney
26
                                                  *Johnny E. James Jr.* (signature)
27                                                for MARTHA BOERSCH
28                                                Chief, Criminal Division

NOTICE OF DISMISSAL
Nos. 5:08-CR-00787 EXE; 5:10-CR-00415 EXE                                              v. 8/4/2021

1  Leave is granted to the government to dismiss the indictments against ADRIAN BARRERA.  It
2  is further ordered that the arrest warrant issued in connection with the indictment/information/complaint
3  in this case is quashed.

Date: _____

HON. _____
United States District Judge