| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | JOHNNY E. JAMES JR. (SCBN 101260)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 60 South Market Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 535-5061 |
| 7 | FAX: (408) 535-5081<br>johnny.james@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NOS.  5:08-CR-00787 ~~EXE~~ RMW |
| | ) | 5:10-CR-00415 ~~EXE~~  JF |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL  &  ORDER |
| v. | ) | |
| | ) | |
| ADRIAN BARRERA, | ) | |
| | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictments against ADRIAN BARRERA and moves that the Court quash the arrest warrant issued in connection with the indictment in this case against ADRIAN BARRERA, who is deceased.

DATED: March 5, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

*Johnny E. James Jr.*
for MARTHA BOERSCH
Chief, Criminal Division

NOTICE OF DISMISSAL
Nos. 5:08-CR-00787 EXE; 5:10-CR-00415 EXE                                                                v. 8/4/2021

Leave is granted to the government to dismiss the indictments against ADRIAN BARRERA. It is further ordered that the arrest warrant issued in connection with the indictment/information/complaint in this case is quashed.

Date: March 12, 2025

HON. EDWARD J. DAVILA
United States District Judge